

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANTONE D. SINGLETARY, | : | |
| Petitioner, | : | Case No. 3:06CV00084 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| STATE OF OHIO, | : | |
| Respondent. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on November 9, 2006 (Doc. #8) is ADOPTED in full.

2. Antone D. Singletary's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED and DISMISSED;

3. A certificate of appealability under 28 U.S.C. §2253(c) shall not issue; and

4. The case is terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge